UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

　　　　　*Plaintiff-Appellee,*

v.

JERRY ROGER MCMILLAN,

　　　　　*Defendant-Appellant.*

No. 00-4473

Appeal from the United States District Court
for the Western District of North Carolina, at Charlotte.
Robert D. Potter, Senior District Judge.
(CR-88-179-P)

Submitted: November 30, 2000

Decided: December 27, 2000

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Affirmed in part and vacated and remanded in part by unpublished
per curiam opinion.

**COUNSEL**

Mark P. Foster, Jr., Charlotte, North Carolina, for Appellant. Brian L.
Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Char-
lotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

## OPINION

PER CURIAM:

Jerry Roger McMillan appeals the district court's judgment imposing a twenty-four month sentence for his violation of the terms of his supervised release. McMillan suggests that the district court erroneously concluded that it lacked the discretion to impose a sentence concurrent with McMillan's pending term of imprisonment for his state conviction. *See* USSG § 7B1.3(f), p.s. Although § 7B1.3(f) dictates that any term of imprisonment imposed upon revocation of supervised release be consecutive to any sentence the defendant is serving, the Chapter 7 policy statements are not binding on the district court. *See United States v. Davis*, 53 F.3d 638, 641-42 (4th Cir. 1995). As a result, contrary to the district court's statements at sentencing, the court was not bound to impose a consecutive sentence, but could have in its discretion ordered a concurrent sentence under the appropriate circumstances. *See Koon v. United States*, 518 U.S. 81, 92-95 (1996). The district court's failure to recognize its own power to depart downward renders the error reviewable on appeal. *See United States v. Bayerle*, 898 F.2d 28, 31 (4th Cir. 1990).

Accordingly, we vacate McMillan's sentence only and remand for reconsideration of the sentence in light of the district court's discretion and the factors governing the possibility of a downward departure. *See Koon*, 518 U.S. at 95. The district court's judgment is affirmed in all other respects. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART AND VACATED*
*AND REMANDED IN PART*